MOSS et al. v. CITY OF PITTSBURG.

(Circuit Court of Appeals, Third Circuit. December 12, 1910.)

No. 1,431 (63).

JUDGMENT (§ 256*)—VALIDITY—VARIANCE FROM RECORD.

A judgment, which purports to have been entered on the verdict of a jury, is not supported by the record, where that discloses no verdict, but shows a compulsory nonsuit.

[Ed. Note.—For other cases, see Judgment, Dec. Dig. § 256.*]

In Error to the Circuit Court of the United States for the Western District of Pennsylvania.

Action at law by Frank H. Moss and others against the City of Pittsburg. Judgment for defendant (178 Fed. 605), and plaintiffs bring error. Reversed.

Asa Leroy Carter, for plaintiffs in error.
Charles A. O'Brien, C. Elmer Bown, and Lee C. Beatty, for defendant in error.

Before GRAY, BUFFINGTON, and LANNING, Circuit Judges.

PER CURIAM. The final judgment in this case in the court below purports to have been entered upon the verdict of the jury in favor of the defendant, the city of Pittsburg, against the plaintiffs. The record discloses no verdict, and in fact the trial court ordered a compulsory nonsuit. Accordingly the judgment is not supported by the record.

The judgment will therefore be reversed, and a new trial awarded.